## Peyton v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. JOHN G. WINTER.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant in this case was indicted and tried under an indictment charging him with an assault with intent to murder; and was convicted of an assault. The present appeal is dismissed, no question being reserved for the consideration of the court.

Opinion PER CURIAM.